SHARTSIS FRIESE LLP
ANTHONY B. LEUIN (Bar #95639)
aleuin@sflaw.com
ERICK C. HOWARD (Bar #214107)
ehoward@sflaw.com
FELICIA A. DRAPER (Bar #242668)
fdraper@sflaw.com
One Maritime Plaza, Eighteenth Floor
San Francisco, CA  94111-3598
Telephone:     (415) 421-6500

Attorneys for Plaintiffs
SIMPSON MANUFACTURING COMPANY INC.
and SIMPSON STRONG-TIE COMPANY INC.

DUANE MORRIS LLP
RICHARD D. HOFFMAN (Bar #76799)
rhoffman@duanemorris.com
Spear Tower
One Market Plaza, Suite 2200
San Francisco, CA  94105-1127
Telephone:     (415) 957-3127
Facsimile:      (415) 723-7443

Attorneys for Defendant STEADFAST INSURANCE COMPANY

*Additional counsel listed on next page*

**FILED**

Dec 07 2022

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIMPSON MANUFACTURING COMPANY INC. and SIMPSON STRONG-TIE COMPANY INC., <br><br> Plaintiffs, <br><br> v. <br><br> ZURICH AMERICAN INSURANCE COMPANY, AMERICAN GUARANTEE & LIABILITY INSURANCE COMPANY, and STEADFAST INSURANCE COMPANY, <br><br> Defendants. | Case No. 3:21-cv-01671 <br><br> **[~~PROPOSED~~] ORDER REGARDING STIPULATION AND REQUEST TO FURTHER EXTEND STAY OF PROCEEDINGS** <br><br> Judge:            Hon. Thomas S. Hixson <br> Complaint Filed:      March 9, 2021 |

1  CLYDE & CO US LLP
   ALEXANDER E. POTENTE (Bar #208240)
2  alex.potente@clydeco.us
   150 California Street, Suite 1500
3  San Francisco, CA 94111
   Telephone:     (415) 365-9800
4
5  Attorneys for Defendant ZURICH AMERICAN
   INSURANCE COMPANY
6
7  SINNOTT, PUEBLA, CAMPAGNE & CURET
   DEBRA PUEBLA (Bar #126934)
8  dpuebla@spcclaw.com
   515 S. Figueroa St., Suite 1470
9  Los Angeles, CA 90071
10 Attorneys for Defendant AMERICAN GUARANTEE
   & LIABILITY INSURANCE COMPANY

SHARTSIS FRIESE LLP
ONE MARITIME PLAZA
EIGHTEENTH FLOOR
SAN FRANCISCO, CA 94111-3598

Case No. 3:21-cv-01671

[PROPOSED] ORDER RE: STIPULATION AND REQUEST TO FURTHER EXTEND STAY OF PROCEEDINGS

PURSUANT TO STIPULATION, and good cause having been shown:

1. The stay of this action shall continue until January 31, 2023.
2. No later than February 10, 2023, Plaintiffs shall file either a Voluntary Notice of Dismissal or an Amended Complaint.
3. Should Plaintiffs file an Amended Complaint, Defendants will respond to the Amended Complaint within 30 days of the date of filing of the Amended Complaint.

IT IS SO ORDERED.

Dated: December 7th, 2022

_____
Hon. Thomas S. Hixson
United States District Court
Northern District of California